## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSE NELSON MELENDEZ | * |
| | * |
| PLAINTIFF | * |
| | * |
| v. | *    Case No.: 12-cv-1394 |
| | * |
| CHEN & ZENG, INC. | * |
| | * |
| DEFENDANT. | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule Civil Procedure 41(a)(1)(A)(ii), the parties hereby dismiss all claims alleged in this matter against Defendant, with prejudice. Such action is proper under the Federal Rules as this Stipulation is signed, by electronic means, by all counsel of record.

The parties understand that pursuant to 29 U.S.C. § 216(c), settlement of claims under the Fair Labor Standards Act requires approval of either the Department of Labor or the Court. The parties, however, do not desire or otherwise request Court approval of their FLSA settlement. Rather, the parties request only dismissal, with prejudice.

WHEREFORE, the parties hereby notify the Court that this matter is dismissed, with prejudice.

Respectfully submitted,

/s/ Sharon C. Chu
Sharon C. Chu Bar No. MD 11605
Law Offices of Sharon C. Chu, P.A.
100 Park Avenue, Suite 288
Rockville, MD 20850
Phone: (301) 838-8988
Fax: (301) 838-8998
Email: sharon@sharonchulaw.com

Counsel for Defendant

___/s/__ Gregg C. Greenberg____
Gregg C. Greenberg Bar No. MD17291
The Zipin Law Firm, LLC
8403 Colesville Road, Suite 610
Silver Spring, MD 20910
Phone: (301) 587-9373
Fax: (301) 587-9397
Email: ggreenberg@zipinlaw.com

*Counsel for Plaintiff*